UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
MOISES GONZALEZ,                                              Docket No.: 20-CV-05979

                              Plaintiff,

      -against-

ENNISMORE INTERNATIONAL USA, INC.

                              Defendant.
---------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: 5/28/2021, 2021
New York, New York

Daniel J. Grace, Esq.
DANNY GRACE, P.C.
222 Broadway, 19th Floor
New York, NY 10038
646-515-2821
Fax: 718-732-2821
danny@dannygracepc.com
*Attorneys for Plaintiff*

Dated: May 28, 2021
Woodbury, New York

Elizabeth R. Gorman, Esq.
Tyler B. Levenson, Esq.
MILBER MAKRIS PLOUSADIS &
SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
516.712.4000 ext. 1145
egorman@milbermakris.com
*Attorneys for Defendant*